IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF TEXAS

BEAUMONT DIVISION

| | | |
|---|---|---|
| ROMAN RAMIREZ | § | |
| VS. | § | CIVIL ACTION NO. 1:25cv239 |
| CASE MANAGER GECHY, ET AL. | § | |

<u>MEMORANDUM OPINION AND ORDER</u>

Plaintiff Roman Ramirez, an inmate at the Federal Correctional Institution at Loretto, Penssylvania, proceeding *pro se*, filed the above-styled lawsuit pursuant to *Bivens v. Six Unknown Agents of the Bureau of Narcotics and Dangerous Drugs*, 403 U.S. 388 (1971) against Case Manager Gechy and Unit Manager Divers. The defendants are employed at the Federal Correctional Institution at Allenwood, Pennsylvania ("FCI-Allenwood"), where plaintiff was formerly incarcerated.

Venue in a lawsuit filed pursuant to *Bivens* is governed by 28 U.S.C. § 1391(b). *See Stafford v. Briggs*, 444 U.S. 527, 542-45 (1980). Section 1391(b) provides that venue is proper only in the federal judicial district where any defendant resides, if all the defendants reside in the same state, or in the district where a substantial part of the events or omissions giving rise to the claim occurred. If a claim is asserted in a judicial district where venue is not proper, that court shall dismiss, or if it be in the interest of justice, transfer the claim to any district where it could have been brought. 28 U.S.C. § 1406(a).

FCI Allenwood is in Union County, Pennsylvania. Pursuant to 28 U.S.C. § 128(b), Union County is located in the Middle District of Pennsylvania. The events of which plaintiff complains occurred in the Union County, where the defendants appear to reside. As a result, venue with respect to this lawsuit is not proper in this court. This case will therefore be transferred to the United States District Court for the Middle District of Pennsylvania.

<u>ORDER</u>

For the reasons set forth above, it is **ORDERED** that this matter is **TRANSFERRED** to the United States District Court for the Middle District of Pennsylvania.

SIGNED this 22nd day of May, 2025.

_____
Zack Hawthorn
United States Magistrate Judge